## STATE OF CONNECTICUT *v.* ALLAN LYLE

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 288 (AC 13283), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Brian J. Kornbrath,* in support of the petition.

*Christopher T. Godialis,* deputy assistant state's attorney, in opposition.

Decided April 22, 1996

## STATE OF CONNECTICUT *v.* LARRY SHEETS

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 328 (AC 13170), is denied.

*Beth A. Merkin,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided April 22, 1996

## STATE OF CONNECTICUT *v.* ANDRE BOISVERT

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 420 (AC 14338), is denied.

BERDON, J., dissenting. I would grant certification on the following issues:

"1. Did the stop of the defendant by the police at a roadside sobriety check or roadblock while operating